973 A.2d 416

**Mozaina KOBAISY and Mohammad Assam Daghestani**

v.

**SP INDUSTRIES, INC., Wilmad LabGlass and Wilmad Glass Company, Inc.**

**Petition of SP Industries, Inc.**

**No. 41 EM 2009.**

Supreme Court of Pennsylvania.

June 4, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of June, 2009, the Petition for Review and the Application for Leave of Court to Submit A Reply Brief are **DENIED.**